THE NEW YORK BOARD OF FIRE UNDERWRITERS, Respondent, *v.* A. FOSTER HIGGINS et al., Doing Business as HIGGINS & Cox, Appellants.

*N. Y. Board of Fire Underwriters* v. *Higgins*, 130 App. Div. 78, affirmed. (Argued May 13, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 16, 1909, in favor of plaintiff, upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to whether the defendants are liable for a penalty in failing to make return to the plaintiff as to insurance premiums received by them as attorneys in fact of the " United States Lloyds."

*Archibald G. Thacher* for appellants.

*David Rumsey* and *John S. Sheppard, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.; CULLEN, Ch. J., concurs on the ground that while the marine policies of defendant do not fall within the statute, the automobile policies do.